JOHN A. RUSSO, City Attorney, SBN 129729
RANDOLPH W. HALL, Assistant City Attorney, SBN 080142
RACHEL WAGNER, Supervising Trial Attorney, SBN 127246
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-4921
Facsimile: (510) 238-6500
Email: rwagner@oaklandcityattorney.org
26189/553152

Attorneys for Defendant
CITY OF OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO CHAVEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CHIEF WAYNE G. TUCKER, OFFICER K. REYNOLDS, OFFICER CESAR GARCIA, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. C08-04015<br><br>STIPULATION AND ORDER TO CONTINUE HEARING DATE ON MOTION FOR QUALIFIED IMMUNITY<br><br>THE HONORABLE<br>CHARLES R. BREYER |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record to continue the scheduled date for the Motion for Qualified Immunity from April 17, 2009 to April 24, 2009, and to change the due dates for the motion, opposition and reply papers accordingly. Good cause exists for the one week extension, due to a death in plaintiff counsel's immediate family and the unexpected hospitalization of defendant Officer Garcia.

No prior extension has been requested.

///

///

1

Respectfully submitted,

2 | Dated: February 26, 2009

3

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
4

RACHEL WAGNER, Supervising Trial Attorney

5

By: /s/

6

Attorneys for Defendant
CITY OF OAKLAND

7

8 | Dated: February 26, 2009

9

TERRY GROSS
GROSS BELSKY ALONSO LLP

10

11

By: /s/

Attorneys for Plaintiff
12

RAYMUNDO CHAVEZ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER             2                    C08-04015 CRB

# ORDER

Based on the Stipulation and Order, and good cause appearing therefor, the hearing date for defendants' motion for qualified immunity is moved to April 24, 2009 at 10:00 a.m.  The motion is due March 20, 2009; the opposition is due April 3, 2009 and the reply is due April 10, 2009.

IT IS SO ORDERED.

Dated: March 2, 2009

Charles R. Breyer
United States District Judge

