| | |
|---|---|
| 1 | TERRY GROSS (103878) |
| | ADAM C. BELSKY (147800) |
| 2 | MONIQUE ALONSO (No. 127078) |
| | GROSS BELSKY ALONSO LLP |
| 3 | 180 Montgomery Street, Suite 2200 |
| | San Francisco, California 94104 |
| 4 | Telephone:  (415) 544-0200 |
| | Facsimile:   (415) 544-0201 |
| 5 | |
| 6 | Attorneys for Plaintiff RAYMUNDO CHAVEZ |
| 7 | JOHN A. RUSSO, City Attorney (129729) |
| | RANDOLPH W. HALL, Assistant City Attorney (080142) |
| 8 | RACHEL WAGNER. Supervising Trial Attorney (127246) |
| | OAKLAND CITY ATTORNEY |
| 9 | One Frank H. Ogawa Plaza, 6th Floor |
| | Oakland, CA 94612 |
| 10 | 26189/538056 |
| | Telephone:  (510) 238-4921 |
| 11 | Facsimile:    (510) 238-6500 |
| 12 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO CHAVEZ, | Case No. C08-04015 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS OF QUALIFIED IMMUNITY** |
| v. | |
| CITY OF OAKLAND, CHIEF WAYNE G. TUCKER, OFFICER K. REYNOLDS, OFFICER CESAR GARCIA, and DOES 1-20, inclusive, | |
| Defendants. | THE HONORABLE CHARLES R. BREYER |

The parties to the above captioned litigation, by and through their undersigned counsel of record, hereby stipulate as follows:

1. The parties request to continue the scheduled date for the Motion for Summary Judgment On the Grounds of Qualified Immunity for two weeks, from April 24, 2009 to May 8, 2009, and to change the due dates for the opposition and reply papers accordingly.

2.   All depositions and written discovery necessary for the Motion for Summary Judgment On the Grounds of Qualified Immunity have been completed.

3.   Good cause exists for the two-week extension, due to the facts that plaintiff's counsel has had unexpected litigation emergencies and medical illness during the period when counsel otherwise would have been able to devote to drafting an opposition to the Motion, and counsel for defendants, due to the mandatory furlough days instituted by the City of Oakland due to the fiscal emergency, will be unable to devote sufficient time to the reply brief under the current schedule.

4.   One prior extension of the hearing date had been requested, for a one-week extension, to enable the parties sufficient time to complete discovery relevant to the motion. As noted above, all necessary discovery has now been completed.

DATED: March 27, 2009

                                      GROSS BELSKY ALONSO LLP

                                      /s/  Terry Gross

                                      Attorneys for Plaintiff
                                      RAYMUNDO CHAVEZ

DATED: March 27, 2009

                                      OAKLAND CITY ATTORNEY

                                      /s/  Rachel Wagner

                                      Attorneys for Defendants

**ORDER**

Based on the Stipulation and Order, and good cause appearing therefor, the hearing date on defendants' Motion for Summary Judgment on Qualified Immunity is continued from April 24, 2009 to May 8, 2009. Plaintiff's Opposition is due on April 17, 2009, and defendants' reply is due on April 24, 2009.

IT IS SO ORDERED.

Dated: __March 30__, 2009



_____
Charles R. Breyer
United States District Court Judge