TERRY GROSS (103878)
ADAM C. BELSKY (147800)
MONIQUE ALONSO (No. 127078)
GROSS BELSKY ALONSO LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile:  (415) 544-0201

Attorneys for Plaintiff RAYMUNDO CHAVEZ

JOHN A. RUSSO, City Attorney (129729)
RANDOLPH W. HALL, Assistant City Attorney (080142)
RACHEL WAGNER. Supervising Trial Attorney (127246)
OAKLAND CITY ATTORNEY
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
26189/538056
Telephone: (510) 238-4921
Facsimile:   (510) 238-6500

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMUNDO CHAVEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, CHIEF WAYNE G. TUCKER, OFFICER K. REYNOLDS, OFFICER CESAR GARCIA, and DOES 1-20, inclusive,<br><br>         Defendants. | Case No. C08-04015 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS OF QUALIFIED IMMUNITY**<br><br><br>THE HONORABLE CHARLES R. BREYER |

The parties to the above-captioned litigation, by and through their undersigned counsel of record, hereby stipulate as follows:

1.  The parties request to continue the scheduled date for the Motion for Summary Judgment On the Grounds of Qualified Immunity for three weeks, from May 8, 2009 to May 29,

2009. The parties have filed their respective opposition and reply papers in accordance with the previously ordered briefing schedule.

2. All depositions and written discovery necessary for the Motion for Summary Judgment On the Grounds of Qualified Immunity have been completed.

3. Good cause exists for the three-week extension in that plaintiff's counsel is ill and is not expected to be fully recovered by May 8, 2009, and the parties are informed that the Court's next availability is May 29, 2009.

4. The May 8 hearing date was scheduled when the Court was obliged to cancel the May 1, 2009 hearing date.

5. Two prior extensions have been requested to: (1) enable the parties sufficient time to complete discovery relevant to the motion and (2) allow sufficient time for the parties to file the required opposition and reply papers.

DATED: May 6, 2009

GROSS BELSKY ALONSO LLP

/s/ Terry Gross

Attorneys for Plaintiff
RAYMUNDO CHAVEZ

DATED: May 6, 2009

OAKLAND CITY ATTORNEY

/s/ Rachel Wagner

Attorneys for Defendants

- 2-

## **ORDER**

Based on the stipulation of the parties, and good cause appearing therefor, the hearing date on defendants' Motion for Summary Judgment on Qualified Immunity is hereby continued from May 8, 2009, to May 29, 2009.

IT IS SO ORDERED.

Dated: _____May 6_, 2009

_____
Charles R. Breyer
United States District Judge



- 3-

**CERTIFICATE OF SERVICE**

**RE:**  *Raymundo Chavez v. City of Oakland, et al.*
        **Case No. C08-04015 CRB**

I am a citizen of the United States and employed in the County of San Francisco, State of California.  I am over eighteen (18) years of age and not a party to the above-entitled action.  My business address is GROSS & BELSKY LLP, 180 Montgomery Street, Suite 2200, San Francisco, CA, 94104. On the date set forth below, I served the following documents in the manner indicated on the below named parties and/or counsel of record:

- **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE ON MOTION FOR SUMMARY JUDGMENT ON THE GROUNDS OF QUALIFIED IMMUNITY**

___   **Facsimile** transmission from (415) 544-0201 during normal business hours, complete and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.

___   **U.S. Mail**, with First Class postage prepaid and deposited in a sealed envelope at San Francisco, California.

XX   **By ECF:** by USDC Live System-Document Filing System on all interested parties registered for e-filing.

| | |
|---|---|
| Rachel Wagner<br>Office of the City Attorney<br>City of Oakland<br>1 Frank H. Ogawa Plaza, 6th Floor<br>Oakland, CA 94612<br>T: (510) 637-0268<br>F: (510) 238-6500 | Attorneys for Defendants |

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service, and said correspondence would be deposited with the United States Postal Service at San Francisco, California that same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2009, at San Francisco, California.

                                            ___/s/ Deanna Micros_____
                                            DEANNA MICROS