IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMUNDO CHAVEZ,

    Plaintiff,

  v.

CITY OF OAKLAND, et al.,

    Defendants.

                              /

No. C 08-04015 CRB

**JUDGMENT**

The Court having granted defendants' motion for summary judgment on plaintiff's federal claims, and having dismissed the state claim without prejudice, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: June 2, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4015\judgment.wpd